[No. 26686-9-III. Division Three. May 5, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ANTHONY GLASS, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 07-1-00140-2, John Hotchkiss, J., entered December 10, 2007. *Reversed* and *remanded* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J.; Korsmo, J., concurring separately.

[No. 32315-3-III. Division Three. May 5, 2015.]

MICHAEL URIBE ET AL., *Appellants*, v. LIBEY, ENSLEY & NELSON, PLLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-2-02670-9, Cameron Mitchell, J., entered February 26, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 32410-9-III. Division Three. May 5, 2015.]

JESSICA PEDERSON, *Respondent*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-2-02223-0, David A. Elofson, J., entered March 11, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ. Now published at 188 Wn. App. 667.

[Nos. 71158-0-I; 71450-3-I. Division One. May 11, 2015.]

LARASCO, INC., *Respondent*, v. DEL NORTE, LLC, ET AL., *Defendants*, SR DEVELOPMENT, LLC, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 12-2-16817-2, Julie A. Spector, J., entered November 4, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Cox and Appelwick, JJ.